**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| KAREN SCHOTTELKOTTE, | : | Case No. 1:24-cv-268 |
| *individually, and on behalf of all others* | : | |
| *similarly situated,* | : | Judge Matthew W. McFarland |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HARD ROCK CASINO CINCINNATI, | : | |
| LLC, | : | |
| | : | |
| Defendant. | : | |

---

### ORDER DENYING MOTION FOR SETTLEMENT APPROVAL (Doc. 28)

---

This matter is before the Court on Plaintiff's Motion for Leave to File Excess Pages (Doc. 27) and Unopposed Motion for Approval of FLSA Collective Action Settlement (Doc. 28). Plaintiff specifically asks the Court to approve the parties' FLSA collective action settlement, proposed notice plan, attorneys' fees, service award, and to bind the collective members to the terms of the proposed settlement agreement who submit a consent and release form. (Motion for Settlement Approval, Doc. 28, Pg. ID 133.) The Court, however, does not possess the authority to approve or reject an FLSA settlement agreed to by the parties. *Gilstrap v. Sushinati LLC*, 734 F. Supp. 3d 710, 728 (S.D. Ohio 2024); *Brown v. Ziks Home Healthcare Sols.*, LLC, No. 3:18-CV-350, 2024 U.S. Dist. LEXIS 183749, at *2 (S.D. Ohio Oct. 8, 2024); *Cataline v. Beechmont Brewing, LLC,* No. 1:23-CV-621, 2024 U.S. Dist. LEXIS 179698, at *1-2 (S.D. Ohio Sep. 26, 2024).

Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Unopposed Motion for Settlement Approval (Doc. 28) is **DENIED**;

2. Plaintiff's Motion for Leave to File Excess Pages (Doc. 27) is **DENIED AS MOOT**; and

3. The action is **DISMISSED WITH PREJUDICE**, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND